RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 OCT -6 A 9: 21

MICHEAL GRANT
Plaintiff(s)/Petitioner(s)

vs.

WARDEN LEON FORNISS/
DEPT. WARDEN LEVAN THOMAS
Lt. BROWN
SGT. JENKINS et.al
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 2:06 CV 902 - MEF
(To be supplied by Clerk of Court)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Micheal Grant, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: Civil Complaint for Civil Rights Violation and Deliberate Indifference.

II. RESIDENCE:
Your address: P.O. Box #56/
(Street)
Elmore, Alabama 36025-0056
(City)   (State)   (Zip Code)

III. MARITAL STATUS:
1. Single __xx__   Married _____   Separated _____   Divorced _____
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: __04__
2. Relationship to dependent(s): __N/A__
3. How much money do you contribute toward your dependents' support on a monthly basis? $ __0__

Revised 12/14/01

V. **EMPLOYMENT:**
   1. Name of employer: ___N/A___
      a. Address of employer: ___N/A___
         (Street)
         ___N/A___   ___N/A___   ___N/A___
         (City)        (State)      (Zip Code)
      b. How long have you been employed by present employer?
         Years: ___N/A___   Months ___N/A___
      c. Income: Monthly $___N/A___ or Weekly $___N/A___
      d. What is your job title? ___N/A___

   2. If unemployed, date of last employment: _____
      Amount of salary and wages received per month in last employment: $ _____

   3. Is spouse employed? ___N/A___ If so, name of employer: ___N/A___
      a. Income: Monthly $___N/A___ or Weekly $___N/A___
      b. What is spouse's job title? ___N/A___

   4. Are you and/or your spouse receiving welfare aid? ___N/A___
      If so, amount: Monthly $___N/A___ or Weekly $___N/A___

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value --------------------------- $ ___0___
      e. Total amount owed -------------------------- $ ___0___
         Owed to: _____                     $ ___-0-___
                  _____                     $ ___0___
      f. Annual income from property ---------------- $ ___0___

   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.                           Asset (1)        Asset (2)
         Make & Model:             N/A              N/A
         In whose name registered? N/A              N/A
         Present Value of Asset:   N/A              N/A
         Amount owed:              N/A              N/A
         Owed to:                  N/A              N/A
      b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _____

2

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession or other forms of self-employment - | $ 0 |
| Rent payments, interest or dividends | $ 0 |
| Pensions, annuities or life insurance payments | $ 0 |
| Gifts or inheritances | $ 0 |
| Stocks, bonds or notes | $ 0 |
| Tax refunds, Veteran benefits or social security benefits | $ 0 |
| Any other sources | $ 0 |

3. Obligations:
   a. Monthly rental on house or apartment --------- $ 0
   b. Monthly mortgage payments on house --------- $ 0

4. Other information pertinent to your financial debts and obligations:

| N/A | N/A | N/A |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| N/A | N/A | N/A |
| (Creditor) | (Total debt) | (Monthly payment) |
| N/A | N/A | N/A |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (e.g. food stamps, family assistance or charitable contributions.)

I am a State of Alabama Inmate the State of Alabama Provides my basic needs I receive hygiene through the Prison's Welfare System.

Other (Explain): _____

3

VII. <u>ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN</u>:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

10/3/2006
DATE

*Michael Grant*
SIGNATURE OF PLAINTIFF/PETITIONER

Staton Corr. Fac. P.O. Box #56
ADDRESS
Elmore, Alabama 36025-0056

4

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_10-3-06_  _Michael Grant_
DATE  SIGNATURE OF PLAINTIFF/PETITIONER

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

See attached

_9/19/06_  _K. Allenquest_
DATE  SIGNATURE OF AUTHORIZED OFFICER

5

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  STATON CORRECTIONAL FACILITY


AIS #: 152447      NAME: GRANT, MICHAEL              AS OF: 09/19/2006

                   # OF       AVG DAILY        MONTHLY
          MONTH    DAYS       BALANCE          DEPOSITS
         ----------------------------------------------------

          SEP      11          $0.21            $0.00
          OCT      31          $0.77           $20.00
          NOV      30          $0.02            $0.00
          DEC      31          $2.93           $30.00
          JAN      31          $0.81           $30.00
          FEB      28          $2.41           $25.00
          MAR      31          $0.01            $0.00
          APR      30          $0.86           $25.00
          MAY      31          $1.44           $25.00
          JUN      30         $37.01          $180.00
          JUL      31          $4.58            $0.00
          AUG      31          $2.34           $25.00
          SEP      19          $3.93           $25.00
```