| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Angela Thornell  B. Date of Delivery 11-6-06<br>C. Signature X Angela Thornell  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Michael Grant, #152447<br>Staton Correctional Facility<br>P.O. Box 56<br>Elmore, AL 36025<br><br>06cv902  Show Cause 4 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 0500 0002 7929 4569 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952