IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL GRANT, #152447, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-902-MEF |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 20, 2006 (Doc. #6), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failures to comply with the orders of this court.

DONE this the 14th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE